**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

RICHARD CHADEK and BARBARA
SCHUBACH,

                Plaintiffs,

    v.

CLARK COUNTY SHERIFF'S DEPT.,
SHERIFF LUCAS in his official capacity,
THE GUILD and DOES 1-10, individually
and severally,

                Defendants.

**Case No.** C05-5062JKA

ORDER
AUTHORIZING/REMOVING
COUNSEL FOR PLAINTIFFS

      THIS MATTER comes before the court on motion of Mary A. Betker, filed February 2, 2006, to withdraw as counsel for plaintiffs (Docket #12-1).  The court having considered the files and records herein, and having taken Judicial Notice of the moving counsel's  Resignation in Lieu of Disbarment (effective February 16, 2006) as posted on the web site for the Washington State Bar Association,

      NOW THEREFORE, the court authorizes and directs the removal of Mary A. Betker as counsel for plaintiffs herein.

April 12, 2006

       _/s/ J. Kelley Arnold_____
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1