The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD CHADEK and BARBARA SCHUBACH,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SHERIFF'S DEPT., SHERIFF LUCAS in his official capacity, THE GUILD and DOES 1-10, individually and severally,<br><br>Defendants. | No. C05-5062 JKA<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CLARK COUNTY SHERIFF'S DEPARTMENT AND SHERIFF LUCAS |

This matter is before the Court on the motion of the defendants, Clark County Sheriff's Department and Sheriff Lucas, for entry of an Order, pursuant to Fed. R. Civ. P. Rules 12(b)(2), 12(b)(4), 12(b)(5), 12(c) 56(c), granting summary judgment in their favor and dismissing the plaintiffs' claims against the defendants with prejudice.  The Court has considered the pleadings filed in support said motion, and noting no opposition,  has determined that the defendants' motion for summary judgment of dismissal with prejudice should be granted.

Therefore, it is hereby

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY CLARK COUNTY SHERIFF'S DEPARTMENT AND SHERIFF LUCAS
Page - 1 of 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

**ORDERED** that the defendants' motion for summary judgment is **granted** and the plaintiffs' claims against Clark County Sheriff's Department and Sheriff Lucas are dismissed with prejudice.

The clerk of the Court is instructed to enter judgment in favor of the defendants.

DATED this 16th day of May 2006.

       /s/ J. Kelley Arnold
       J. Kelley Arnold
       United States Magistrate Judge

Presented by:

s/Dennis Hunter, WSBA #6734
Senior Deputy Prosecuting Attorney
Of Attorneys for Defendants
Clark County Prosecuting Attorney, Civil Division
PO Box 5000
Vancouver WA 98666-5000
Telephone (360) 397-2478
Facsimile (360) 397-2184
dennis.hunter@clark.wa.gov

CERTIFICATE OF MAILING

I, Mindy Lamberton, hereby certify that on the 14th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Electronic notice of filing will be sent to the attorney of record for plaintiffs.

       s/Mindy Lamberton
       Clark County Prosecuting Attorney
       Civil Division

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY CLARK COUNTY SHERIFF'S DEPARTMENT AND SHERIFF LUCAS
Page - 2 of 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)