# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD CHADEK, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| | CASE NUMBER: C05-5062JKA |
| v. | |
| CLARK COUNTY SHERIFF'S DEPARTMENT, et al. | |
| Defendants. | |

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Court GRANTS Defendants' Motion for Summary Judgment. Plaintiffs' claims against again Clark County Sheriff's Department and Sheriff Lucas are DISMISSED with prejudice.**

May 22, 2006  
Date

BRUCE RIFKIN  
District Court Executive

s/Kelly A Miller  
By Kelly A Miller, Deputy Clerk